IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MILES E. HOFFMAN                                                                    PLAINTIFF

    v.                                   CIVIL NO. 09-2131

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                      DEFENDANT

## JUDGMENT

Presently before the court is plaintiff's motion to dismiss his Complaint. (Doc. #13). For the reasons set forth in this Court's Memorandum Opinion, the plaintiff's motion is hereby granted and the clerk is ordered to dismiss plaintiff's Complaint.

IT IS SO ORDERED this 3rd day of March 2010.

                                              /s/ *J. Marschewski*
                                          HON. JAMES R. MARSCHEWSKI
                                          CHIEF UNITED STATES MAGISTRATE JUDGE